UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Richard Obuch, Esq. (RO5179)
1460 Morris Avenue, Suite 3B
Union, New Jersey 07083
(908) 624-1788
(908) 624-1786fax
robuchesq@msn.com
Attorney for Debtor

In Re:
Adina N. Williams

Case No.: 18-24455

Judge: JKS

Chapter: 13

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, __Adina N. Williams__, is the (check all that apply):

   ☐ Trustee:   ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

   ☒ Debtor:   ☐ Chap. 11   ☒ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __Christopher Struben__ to serve as (check all that apply):

   ☐ Attorney for:   ☐ Trustee   ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:   ☐ Trustee   ☐ Debtor-in-possession

   ☐ Official Committee of _____

☒ Other Professional:

    ☐ Realtor      ☐ Appraiser      ☒ Special Counsel

    ☐ Auctioneer      ☐ Other (specify): _____

3. The employment of the professional is necessary because:
Attorney represents the debtor in a potential personal injury lawsuit.

4. The professional has been selected because:
He was retained by the debtor prior to the filing of the Chapter 13 action.

5. The professional services to be rendered are as follows:
Reptresentation in a potential personal ijury lawsuit

6. The proposed arrangement for compensation is as follows:
The attorney is to be compensated through the personal injury lawsuit on a contingency basis pursuant to the NJ Court Rules

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe connection: Debtor retained attorney for a potential personal injury action.

2

8.  To the best of the applicant's knowledge, the professional (check all that apply):

    ☒ does not hold an adverse interest to the estate.

    ☒ does not represent an adverse interest to the estate.

    ☒ is a disinterested person under 11 U.S.C. § 101(14).

    ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

    ☐ Other; explain: _____

    _____

    _____

9.  If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____

    _____

    _____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.


Date: 10/12/2018                                /s/ Adina N. Williams
                                                Signature of Applicant

*rev.8/1/15*