| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on November 13, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| IN RE:<br>    ADINA N WILLIAMS | Case No.:  18-24455<br><br>Hearing Date:  11/08/2018<br><br>Judge:  JOHN K. SHERWOOD |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: November 13, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): ADINA N WILLIAMS

Case No.: 18-24455JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 11/08/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 11/8/2018 of the plan filed on 07/19/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 11/22/2018 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.