Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24455−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adina N Williams
   863 Ternay Ave
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−3059

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/19/18 and a confirmation hearing on such Plan has been scheduled for 9/19/18.

The debtor filed a Modified Plan on 11/26/18 and a confirmation hearing on the Modified Plan is scheduled for 1/10/19 AT 8:30 AM. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: November 27, 2018
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Adina N Williams  
    Debtor

Case No. 18-24455-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Nov 27, 2018  
                Form ID: 186     Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2018.

```
db             +Adina N Williams,    863 Ternay Ave,    Scotch Plains, NJ 07076-2128
cr             +Thrift Investment Corporation,    PO Box 538,    Fords, NJ 08863-0538
517653477       Bayview Loan Svcing,    P.O. Box 650091,    Dallas, TX 75265-0091
517753640       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517653479       Check and Go,    100 Commercial Dr,    Fairfield, OH 45014-5556
517653480      +Credit First,    P.O. Box 81344,    Cleveland, OH 44188-0001
517779347       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517653487      +Thrift Investment,    720 King George Rd,    Fords, NJ 08863-1985
517731706      +Thrift Investment Corporation,    720 King George's Post Rd, PO Box 538,    Fords, NJ 08863-0538
517653488      +Township of Scotch Plains,    Sewer Dept.,    430 Park Ave,    Scotch Plains, NJ 07076-1716
517653489      +Toyota Motor Credit,    6565 Headquarters Dr,    Plano, TX 75024-5965
517751843       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517653490      +UNION COUNTY SHERIFF'S OFFICE,    COUNTY ADMIN BLDG, 1ST FL,    10 ELIZABETHTOWN PLAZA,
                 RE: F-024933-17,    Elizabeth, NJ 07202-3451
517653491       US Dept. of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
                 Greenville, TX 75403-5609
517653492      +Walden University,    100 Washington Ave S. Ste 900,    Minneapolis, MN 55401-2511
517769108       Wilmington Savings Fund Society,    c/o FCI Lender Services, Inc.,    P.O. Box 27370,
                 Anaheim, CA 92809-0112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 27 2018 23:36:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 27 2018 23:36:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2018 23:34:10
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517766721      +E-mail/Text: bnc@atlasacq.com Nov 27 2018 23:35:43      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
517653478       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 27 2018 23:34:44      CAPITAL ONE BANK,
                 P.O. BOX 85015,    Richmond, VA 23285-5015
517699327       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 27 2018 23:34:44
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517653481       E-mail/PDF: creditonebknotifications@resurgent.com Nov 27 2018 23:33:55      Credit One Bank,
                 P.o. Box 98873,    Las Vegas, NV 89193-8873
517653482       E-mail/Text: cio.bncmail@irs.gov Nov 27 2018 23:36:02      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
517653483       E-mail/Text: bnckohlsnotices@becket-lee.com Nov 27 2018 23:35:48      KOHL'S,    P.O. BOX 3043,
                 Milwaukee, WI 53201-3043
517726425      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 27 2018 23:36:41      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517653484       E-mail/Text: bankruptcypgl@plaingreenloans.com Nov 27 2018 23:37:10      Plain Green,
                 93 Mack Rd, Ste 600,    Box Elder, MT 59521
517695530       E-mail/Text: bnc-quantum@quantum3group.com Nov 27 2018 23:36:33
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA 98083-0788
517653486       E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2018 23:33:45      Synchrony Bank,
                 Attn: Bankruptcy Dept,    P.O. Box 965060,    Re: Lens Crafters,    Orlando, FL 32896-5060
517653485       E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2018 23:34:37      Synchrony Bank,
                 Attn: Bankruptcy Dept,    P.O. Box 965060,    Re: PC Richards & Sons,    Orlando, FL 32896-5060
517655236      +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2018 23:33:45      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517757357      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 27 2018 23:45:30      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 16
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Nov 27, 2018
                              Form ID: 186             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Acting Not in
               its Individual capacity but solely as trustee for SouthSide NSP Trust 2017-6
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
              Richard Obuch    on behalf of Debtor Adina N Williams robuchesq@msn.com,    robuch@msn.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```