**Order Filed on January 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-24455 |
|---|---|---|
| Adina N Williams | Judge: | John K. Sherwood |
| | Chapter: | 7 |

## ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 8, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

• amendments to previously filed schedules and statements as necessary,

• all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

• a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

• a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

• a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

*rev.12/1/09*