**Order Filed on January 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: _____18-24455_____ |
| Adina N Williams | Judge: _____John K. Sherwood_____ |
| | Chapter: 7 |

## ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 8, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

•     amendments to previously filed schedules and statements as necessary,

•     all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

•     a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

•     a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

•     a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

*rev.12/1/09*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-24455-JKS
Adina N Williams                                                                Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin              Page 1 of 1              Date Rcvd: Jan 08, 2019
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2019.
db              +Adina N Williams,    863 Ternay Ave,    Scotch Plains, NJ 07076-2128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Acting Not in
           its Individual capacity but solely as trustee for SouthSide NSP Trust 2017-6
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          Richard Obuch    on behalf of Debtor Adina N Williams robuchesq@msn.com,   robuch@msn.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                         TOTAL: 7