UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
WILLIAMS, ADINA N

Case No.: 18-24455 (JKS)  
Chapter: 7  
Judge: JOHN K. SHERWOOD

## NOTICE OF PROPOSED ABANDONMENT

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable JOHN K. SHERWOOD on March 19, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 963 Ternay Avenue<br>Scotch Plains, NJ 07076<br><br>Current Market Value: $316,000.00 |
|---|---|

| Liens on property: | $581,591.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME: <u>/s/Jay L. Lubetkin, Chapter 7 Trustee</u>  
FIRM NAME: <u>Rabinowitz, Lubetkin & Tully, L.L.C.</u>  
ADDRESS: <u>293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039</u>  
TELEPHONE NO: <u>(973) 597-9100</u>  
SUBMITTED BY: <u>Jay L. Lubetkin</u>   POSITION: <u>Chapter 7 Trustee</u>   PHON<u>E: (973)597-9100</u>  
DATED: <u>February 20, 2019</u>

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-24455-JKS
Adina N Williams                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                 Page 1 of 2              Date Rcvd: Feb 22, 2019
                                Form ID: pdf905             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.
```
db            +Adina N Williams,    863 Ternay Ave,    Scotch Plains, NJ 07076-2128
cr            +Thrift Investment Corporation,    PO Box 538,    Fords, NJ 08863-0538
517653477      Bayview Loan Svcing,    P.O. Box 650091,    Dallas, TX 75265-0091
517753640      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517653479      Check and Go,    100 Commercial Dr,    Fairfield, OH 45014-5556
517653480     +Credit First,    P.O. Box 81344,    Cleveland, OH 44188-0001
517779347      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
517653487     +Thrift Investment,    720 King George Rd,    Fords, NJ 08863-1985
517731706     +Thrift Investment Corporation,    720 King George's Post Rd, PO Box 538,    Fords, NJ 08863-0538
517653488     +Township of Scotch Plains,    Sewer Dept.,    430 Park Ave,    Scotch Plains, NJ 07076-1716
517653489     +Toyota Motor Credit,    6565 Headquarters Dr,    Plano, TX 75024-5965
517751843      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
517653490     +UNION COUNTY SHERIFF'S OFFICE,    COUNTY ADMIN BLDG, 1ST FL,    10 ELIZABETHTOWN PLAZA,
                RE: F-024933-17,    Elizabeth, NJ 07202-3451
517653491      US Dept. of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
                Greenville, TX 75403-5609
517653492     +Walden University,    100 Washington Ave S. Ste 900,    Minneapolis, MN 55401-2511
517769108      Wilmington Savings Fund Society,    c/o FCI Lender Services, Inc.,    P.O. Box 27370,
                Anaheim, CA 92809-0112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +E-mail/Text: BNC@magtrustee.com Feb 23 2019 00:15:07      Marie-Ann Greenberg,
                Chapter 13 Standing Trustee,    30 Two Bridges Rd,    Suite 330,    Fairfield, NJ 07004-1550
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2019 00:14:00      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2019 00:13:56      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
intp           E-mail/Text: BNC@magtrustee.com Feb 23 2019 00:15:07      Marie-Ann Greenberg,
                30 Two Bridges Road,    Suite 330,    Fairfield, NJ 07004-1550
cr            +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:18:39
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517766721     +E-mail/Text: bnc@atlasacq.com Feb 23 2019 00:12:36      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
517653478      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 23 2019 00:18:05      CAPITAL ONE BANK,
                P.O. BOX 85015,    Richmond, VA 23285-5015
517699327      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 23 2019 00:18:55
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517653481      E-mail/PDF: creditonebknotifications@resurgent.com Feb 23 2019 00:18:11      Credit One Bank,
                P.o. Box 98873,    Las Vegas, NV 89193-8873
517653482      E-mail/Text: cio.bncmail@irs.gov Feb 23 2019 00:13:08      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
517653483      E-mail/Text: bncnotices@becket-lee.com Feb 23 2019 00:12:45      KOHL'S,    P.O. BOX 3043,
                Milwaukee, WI 53201-3043
517726425     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 23 2019 00:13:55      MIDLAND FUNDING LLC,
                PO Box 2011,    Warren, MI 48090-2011
517653484      E-mail/Text: bankruptcypgl@plaingreenloans.com Feb 23 2019 00:14:36      Plain Green,
                93 Mack Rd, Ste 600,    Box Elder, MT 59521
517695530      E-mail/Text: bnc-quantum@quantum3group.com Feb 23 2019 00:13:46
                Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                Kirkland, WA 98083-0788
517653486      E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:19:37      Synchrony Bank,
                Attn: Bankruptcy Dept,    P.O. Box 965060,    Re: Lens Crafters,    Orlando, FL 32896-5060
517653485      E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:19:37      Synchrony Bank,
                Attn: Bankruptcy Dept,    P.O. Box 965060,    Re: PC Richards & Sons,    Orlando, FL 32896-5060
517655236     +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:19:36      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517757357     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 23 2019 00:18:17      Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 18
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin                Page 2 of 2          Date Rcvd: Feb 22, 2019
                              Form ID: pdf905            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Acting Not in
               its Individual capacity but solely as trustee for SouthSide NSP Trust 2017-6
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin     on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
              Richard  Obuch    on behalf of Debtor Adina N Williams robuchesq@msn.com,  robuch@msn.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```