**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable John K. Sherwood, U.S. Bankruptcy Judge

| **CASE NUMBER:** 18−24455−JKS | **DATE FILED::** 7/19/18 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Adina N Williams<br>xxx−xx−3059 | **ADDRESS OF DEBTOR(S):**<br><br>863 Ternay Ave<br>Scotch Plains, NJ 07076 |
| DEBTOR'S ATTORNEY:<br>Richard Obuch<br>Richard Obuch, Esq.<br>1460 Morris Avenue<br>Suite 1B<br>Union, NJ 07083−3337<br><br>(908) 624−1788 | TRUSTEE:<br>Jay L. Lubetkin<br>Rabinowitz, Lubetkin & Tully, L.L.C.<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>973−597−9100 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

6/24/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: March 26, 2019                             FOR THE COURT
                                                  Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 18-24455-JKS
Adina N Williams                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin         Page 1 of 2         Date Rcvd: Mar 27, 2019
                       Form ID: noa         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
```
db          +Adina N Williams,    863 Ternay Ave,    Scotch Plains, NJ 07076-2128
cr          +Thrift Investment Corporation,    PO Box 538,    Fords, NJ 08863-0538
517653477    Bayview Loan Svcing,    P.O. Box 650091,    Dallas, TX 75265-0091
517653479    Check and Go,    100 Commercial Dr,    Fairfield, OH 45014-5556
517779347    Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA 98083-0657
517653487   +Thrift Investment,    720 King George Rd,    Fords, NJ 08863-1985
517731706   +Thrift Investment Corporation,    720 King George's Post Rd, PO Box 538,   Fords, NJ 08863-0538
517653488   +Township of Scotch Plains,    Sewer Dept.,    430 Park Ave,    Scotch Plains, NJ 07076-1716
517653489   +Toyota Motor Credit,    6565 Headquarters Dr,    Plano, TX 75024-5965
517653490   +UNION COUNTY SHERIFF'S OFFICE,    COUNTY ADMIN BLDG, 1ST FL,    10 ELIZABETHTOWN PLAZA,
              RE: F-024933-17,    Elizabeth, NJ 07202-3451
517653491    US Dept. of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
              Greenville, TX 75403-5609
517653492   +Walden University,    100 Washington Ave S. Ste 900,    Minneapolis, MN 55401-2511
517769108    Wilmington Savings Fund Society,    c/o FCI Lender Services, Inc.,    P.O. Box 27370,
              Anaheim, CA 92809-0112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +E-mail/Text: BNC@magtrustee.com Mar 27 2019 23:46:04    Marie-Ann Greenberg,
              Chapter 13 Standing Trustee,    30 Two Bridges Rd,    Suite 330,   Fairfield, NJ 07004-1550
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2019 23:45:23    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2019 23:45:19    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
intp         E-mail/Text: BNC@magtrustee.com Mar 27 2019 23:46:05    Marie-Ann Greenberg,
              30 Two Bridges Road,    Suite 330,    Fairfield, NJ 07004-1550
cr          +EDI: RMSC.COM Mar 28 2019 03:08:00    Synchrony Bank c/o PRA Receivables Management, LLC,
              PO BOX 41021,    Norfolk, VA 23541-1021
517766721   +EDI: ATLASACQU.COM Mar 28 2019 03:08:00    Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
517653478    EDI: CAPITALONE.COM Mar 28 2019 03:08:00    CAPITAL ONE BANK,    P.O. BOX 85015,
              Richmond, VA 23285-5015
517699327    EDI: CAPITALONE.COM Mar 28 2019 03:08:00    Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC 28272-1083
517753640    EDI: BL-BECKET.COM Mar 28 2019 03:08:00    Capital One, N.A.,    c/o Becket and Lee LLP,
              PO Box 3001,    Malvern PA 19355-0701
517653480   +EDI: CRFRSTNA.COM Mar 28 2019 03:08:00    Credit First,    P.O. Box 81344,
              Cleveland, OH 44188-0001
517653481    EDI: RCSFNBMARIN.COM Mar 28 2019 03:08:00    Credit One Bank,    P.o. Box 98873,
              Las Vegas, NV 89193-8873
517653482    EDI: IRS.COM Mar 28 2019 03:08:00    Internal Revenue Service,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
517653483    EDI: CBSKOHLS.COM Mar 28 2019 03:08:00    KOHL'S,    P.O. BOX 3043,   Milwaukee, WI 53201-3043
517653483    E-mail/Text: bncnotices@becket-lee.com Mar 27 2019 23:44:21    KOHL'S,   P.O. BOX 3043,
              Milwaukee, WI 53201-3043
517726425   +EDI: MID8.COM Mar 28 2019 03:08:00    MIDLAND FUNDING LLC,    PO Box 2011,
              Warren, MI 48090-2011
517653484    E-mail/Text: bankruptcypgl@plaingreenloans.com Mar 27 2019 23:45:51    Plain Green,
              93 Mack Rd, Ste 600,    Box Elder, MT 59521
517695530    EDI: Q3G.COM Mar 28 2019 03:08:00    Quantum3 Group LLC as agent for,
              Credit Corp Solutions Inc,    PO Box 788,   Kirkland, WA 98083-0788
517653486    EDI: RMSC.COM Mar 28 2019 03:08:00    Synchrony Bank,   Attn: Bankruptcy Dept,
              P.O. Box 965060,    Re: Lens Crafters,    Orlando, FL 32896-5060
517653485    EDI: RMSC.COM Mar 28 2019 03:08:00    Synchrony Bank,   Attn: Bankruptcy Dept,
              P.O. Box 965060,    Re: PC Richards & Sons,   Orlando, FL 32896-5060
517655236   +EDI: RMSC.COM Mar 28 2019 03:08:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
517751843    EDI: BL-TOYOTA.COM Mar 28 2019 03:08:00    Toyota Motor Credit Corporation,
              c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517757357   +EDI: AIS.COM Mar 28 2019 03:08:00    Verizon,    by American InfoSource as agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 22
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Mar 27, 2019
                              Form ID: noa             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    Wilmington Savings Fund Society, FSB, Acting Not in
               its Individual capacity but solely as trustee for SouthSide NSP Trust 2017-6
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
              Richard Obuch    on behalf of Debtor Adina N Williams robuchesq@msn.com, robuch@msn.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```