UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-24455 |
| ADINA N. WILLIAMS | Chapter: 7 |
| | Judge: John K. Sherwood |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Jay L. Lubetkin, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:** United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on May 14, 2019 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3D, 50 Walnut Street, Newark, New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action: The Debtor, Adina N. Williams, is a party to a prepetition personal injury lawsuit pending in Union County. This was a result of an automobile accident. Special Counsel was retained.**

**Pertinent terms of settlement: The Trustee received correspondence from Special Counsel that a Settlement of $125,000 has been accepted.**
**The Trustee believes approval of the Settlement is in the best interest of the Debtor's bankruptcy estate..**

Objections must be served on, and requests for additional information directed to:

Name: /s/ Jay L. Lubetkin    Jay L. Lubetkin, Chapter 7 Trustee

Address: Rabinowitz, Lubetkin & Tully, LLC, 293 Eisenhower Pkwy,, Livingston, NJ 07039

Telephone No.: 973-597-9100

Date: April 10, 2019

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                             Case No. 18-24455-JKS
Adina N Williams                                                   Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Apr 11, 2019
                              Form ID: pdf905          Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db             +Adina N Williams,    863 Ternay Ave,    Scotch Plains, NJ 07076-2128
aty            +Rabinowitz Lubetkin & Tully L.L.C.,    293 Eisenhower Parkway,    Suite 100,
                 Livingston, NJ 07039-1711
cr             +Thrift Investment Corporation,    PO Box 538,    Fords, NJ 08863-0538
517653477       Bayview Loan Svcing,    P.O. Box 650091,    Dallas, TX 75265-0091
517753640       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517653479       Check and Go,    100 Commercial Dr,    Fairfield, OH 45014-5556
517653480      +Credit First,    P.O. Box 81344,    Cleveland, OH 44188-0001
517779347       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517653487      +Thrift Investment,    720 King George Rd,    Fords, NJ 08863-1985
517731706      +Thrift Investment Corporation,    720 King George's Post Rd, PO Box 538,    Fords, NJ 08863-0538
517653488      +Township of Scotch Plains,    Sewer Dept.,    430 Park Ave,    Scotch Plains, NJ 07076-1716
517653489      +Toyota Motor Credit,    6565 Headquarters Dr,    Plano, TX 75024-5965
517751843       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517653490      +UNION COUNTY SHERIFF'S OFFICE,    COUNTY ADMIN BLDG, 1ST FL,    10 ELIZABETHTOWN PLAZA,
                 RE: F-024933-17,    Elizabeth, NJ 07202-3451
517653491       US Dept. of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
                 Greenville, TX 75403-5609
517653492      +Walden University,    100 Washington Ave S. Ste 900,    Minneapolis, MN 55401-2511
517769108       Wilmington Savings Fund Society,    c/o FCI Lender Services, Inc.,    P.O. Box 27370,
                 Anaheim, CA 92809-0112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: BNC@magtrustee.com Apr 12 2019 00:10:45     Marie-Ann Greenberg,
                 Chapter 13 Standing Trustee,    30 Two Bridges Rd,    Suite 330,    Fairfield, NJ 07004-1550
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2019 00:10:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2019 00:09:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
intp            E-mail/Text: BNC@magtrustee.com Apr 12 2019 00:10:45     Marie-Ann Greenberg,
                 30 Two Bridges Road,    Suite 330,    Fairfield, NJ  07004-1550
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2019 00:15:05
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517766721      +E-mail/Text: bnc@atlasacq.com Apr 12 2019 00:08:48     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
517653478       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 12 2019 00:15:21      CAPITAL ONE BANK,
                 P.O. BOX 85015,    Richmond, VA 23285-5015
517699327       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 12 2019 00:15:20
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517653481       E-mail/PDF: creditonebknotifications@resurgent.com Apr 12 2019 00:16:22      Credit One Bank,
                 P.o. Box 98873,    Las Vegas, NV 89193-8873
517653482       E-mail/Text: cio.bncmail@irs.gov Apr 12 2019 00:09:11     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
517653483       E-mail/Text: bncnotices@becket-lee.com Apr 12 2019 00:08:57      KOHL'S,    P.O. BOX 3043,
                 Milwaukee, WI 53201-3043
517726425      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 12 2019 00:09:57      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517653484       E-mail/Text: bankruptcypgl@plaingreenloans.com Apr 12 2019 00:10:28      Plain Green,
                 93 Mack Rd, Ste 600,    Box Elder, MT 59521
517695530       E-mail/Text: bnc-quantum@quantum3group.com Apr 12 2019 00:09:51
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
517653486       E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2019 00:15:05      Synchrony Bank,
                 Attn: Bankruptcy Dept,    P.O. Box 965060,    Re: Lens Crafters,    Orlando, FL 32896-5060
517653485       E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2019 00:17:16      Synchrony Bank,
                 Attn: Bankruptcy Dept,    P.O. Box 965060,    Re: PC Richards & Sons,    Orlando, FL 32896-5060
517655236      +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2019 00:15:05      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517757357      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 12 2019 00:18:08      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin                 Page 2 of 2                  Date Rcvd: Apr 11, 2019
                              Form ID: pdf905             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Acting Not in
           its Individual capacity but solely as trustee for SouthSide NSP Trust 2017-6
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          Richard Obuch    on behalf of Debtor Adina N Williams robuchesq@msn.com, robuch@msn.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```