UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RABINOWITZ, LUBETKIN & TULLY, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jay L. Lubetkin
Proposed Counsel to Jay L. Lubetkin, Esq.,
Chapter 7 Trustee

In Re:

ADINA WILLIAMS,

               Debtor.

**Order Filed on April 17, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 18-24455 |
| Chapter: | Sherwood |
| Judge: | 7 |

**ORDER AUTHORIZING RETENTION OF**

Percario Nitti & Struben

The relief set forth on the following page is **ORDERED**.

**DATED: April 17, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Percario Nitti & Struben_____

as _____special counsel to the Chapter 7 Trustee_____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

         The professional's address is:   1514 E. Saint Georges Ave._____

                                            Linden, NJ 07036_____

                                            _____

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper

         application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

         ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

         ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter

         13 case. Payment to the professional may only be made after satisfactory completion of

         services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-24455-JKS
Adina N Williams                                                    Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Apr 17, 2019
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db             +Adina N Williams,   863 Ternay Ave,   Scotch Plains, NJ 07076-2128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Acting Not in
           its Individual capacity but solely as trustee for SouthSide NSP Trust 2017-6
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com,   NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          Richard  Obuch    on behalf of Debtor Adina N Williams robuchesq@msn.com,   robuch@msn.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 9