**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Wilmington Savings Fund Society, FSB, as Owner
Trustee of the Residential Credit Opportunities Trust
V-C

In Re:

Adina N. Williams

        DEBTOR(S),

Order Filed on May 22, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No:    <u>18-24455 JKS</u>

Hearing Date:  May 21, 2019

Judge:  John K. Sherwood

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 22, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of <u>Wilmington Savings Fund Society, FSB, as Owner Trustee  of the</u> <u>Residential Credit Opportunities Trust V-C</u> under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■      Real Property More Fully Described as:

**Land and premises commonly known as Lot 20, Block 7302,      863 Ternay Avenue, Scotch Plains NJ 07076**

☐      Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*