Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24455−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adina N Williams
   863 Ternay Ave
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−3059

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date: 11/21/19
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Percario Nitti and Struben, Special Counsel

COMMISSION OR FEES
$41,255.58

EXPENSES
$1,233.23

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 11, 2019
JAN:

    Jeanne Naughton
    Clerk

```
                              United States Bankruptcy Court
                                  District of New Jersey

In re:                                                            Case No. 18-24455-JKS
Adina N Williams                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2              User: admin                 Page 1 of 2          Date Rcvd: Oct 11, 2019
                                  Form ID: 137                Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db           +Adina N Williams,    863 Ternay Ave,    Scotch Plains, NJ 07076-2128
aty          +Rabinowitz Lubetkin & Tully L.L.C.,     293 Eisenhower Parkway,    Suite 100,
               Livingston, NJ 07039-1711
sp           +Percario Nitti and Struben,    1514 St Georges Avenue,    Lindan, NJ 07036-1784
cr           +Thrift Investment Corporation,    PO Box 538,    Fords, NJ 08863-0538
517653477     Bayview Loan Svcing,    P.O. Box 650091,    Dallas, TX 75265-0091
517753640     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518250354    +Cash For Lawsuits, LLC,    150 Essex Street,    Suite 303,   Millburn, New Jersey 07041-1603
517653480    +Credit First,    P.O. Box 81344,   Cleveland, OH 44188-0001
517653487    +Thrift Investment,    720 King George Rd,    Fords, NJ 08863-1985
517731706    +Thrift Investment Corporation,    720 King George's Post Rd, PO Box 538,    Fords, NJ 08863-0538
517653488    +Township of Scotch Plains,    Sewer Dept.,    430 Park Ave,    Scotch Plains, NJ 07076-1716
517653489    +Toyota Motor Credit,    6565 Headquarters Dr,    Plano, TX 75024-5965
517751843     Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
517653490    +UNION COUNTY SHERIFF'S OFFICE,    COUNTY ADMIN BLDG, 1ST FL,    10 ELIZABETHTOWN PLAZA,
               RE: F-024933-17,    Elizabeth, NJ 07202-3451
517653491     US Dept. of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
               Greenville, TX 75403-5609
517653492    +Walden University,    100 Washington Ave S. Ste 900,    Minneapolis, MN 55401-2511
517769108     Wilmington Savings Fund Society,    c/o FCI Lender Services, Inc.,    P.O. Box 27370,
               Anaheim, CA 92809-0112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: BNC@magtrustee.com Oct 12 2019 00:50:05     Marie-Ann Greenberg,
               Chapter 13 Standing Trustee,    30 Two Bridges Rd,   Suite 330,    Fairfield, NJ 07004-1550
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 12 2019 00:49:19     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 12 2019 00:49:14     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
intp          E-mail/Text: BNC@magtrustee.com Oct 12 2019 00:50:05     Marie-Ann Greenberg,
               30 Two Bridges Road,    Suite 330,   Fairfield, NJ 07004-1550
cr           +E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2019 00:42:58
               Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517653479     E-mail/Text: poc@axcess-financial.com Oct 12 2019 00:46:49     Check and Go,
               100 Commercial Dr,    Fairfield, OH 45014-5556
517766721    +E-mail/Text: bnc@atlasacq.com Oct 12 2019 00:48:10     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
517653478     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 12 2019 00:43:53     CAPITAL ONE BANK,
               P.O. BOX 85015,    Richmond, VA 23285-5015
517699327     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 12 2019 00:44:41
               Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
517653481     E-mail/PDF: creditonebknotifications@resurgent.com Oct 12 2019 00:43:59     Credit One Bank,
               P.o. Box 98873,    Las Vegas, NV 89193-8873
517779347     E-mail/Text: bnc-quantum@quantum3group.com Oct 12 2019 00:49:04
               Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
517653482     E-mail/Text: cio.bncmail@irs.gov Oct 12 2019 00:48:32     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
517653483     E-mail/Text: bncnotices@becket-lee.com Oct 12 2019 00:48:13     KOHL'S,    P.O. BOX 3043,
               Milwaukee, WI 53201-3043
517726425    +E-mail/Text: bankruptcydpt@mcmcg.com Oct 12 2019 00:49:14     MIDLAND FUNDING LLC,
               PO Box 2011,    Warren, MI 48090-2011
517653484     E-mail/Text: bankruptcypgl@plaingreenloans.com Oct 12 2019 00:49:51     Plain Green,
               93 Mack Rd, Ste 600,    Box Elder, MT 59521
517695530     E-mail/Text: bnc-quantum@quantum3group.com Oct 12 2019 00:49:04
               Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
               Kirkland, WA  98083-0788
517653486     E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2019 00:43:37     Synchrony Bank,
               Attn: Bankruptcy Dept,    P.O. Box 965060,   Re: Lens Crafters,    Orlando, FL 32896-5060
517653485     E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2019 00:42:58     Synchrony Bank,
               Attn: Bankruptcy Dept,    P.O. Box 965060,   Re: PC Richards & Sons,    Orlando, FL 32896-5060
517655236    +E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2019 00:42:58     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517757357    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 12 2019 00:45:07     Verizon,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2019 at the address(es) listed below:

    Denise E. Carlon    on behalf of Creditor   Wilmington Savings Fund Society, FSB, Acting Not in its Individual capacity but solely as trustee for SouthSide NSP Trust 2017-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

    Denise E. Carlon    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

    Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

    Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com

    Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com

    John R. Morton, Jr.    on behalf of Creditor   Thrift Investment Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

    Marie-Ann Greenberg    magecf@magtrustee.com

    Rebecca Ann Solarz    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com

    Richard Obuch    on behalf of Debtor Adina N Williams robuchesq@msn.com, robuch@msn.com

    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                    TOTAL: 10