| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey NJ 07039<br>(973) 597-9100<br>Jay L. Lubetkin<br>*Counsel to Chapter 7 Trustee* | Order Filed on November 14, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In re:<br><br>ADINA WILLIAMS,<br><br>　　　　　　Debtor. | Case No. 18-24455 (JKS)<br><br>Hon. John J. Sherwood<br><br>Chapter 7 |

### ORDER RECLASSIFYING AND EXPUNGING PROOF OF CLAIM OF WILMINGTON SAVINGS FUND SOCIETY, FSB

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 14, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

| | |
|---|---|
| In re: | Adina Williams |
| Case No.: | 18-24455 (JKS) |
| Caption of Order: | Order Reclassifying and Expunging Proof of Claim of Wilmington Savings Fund Society, FSB |

**THIS MATTER** having been opened to the Court by Jay L. Lubetkin, Chapter 7 Trustee (the "Trustee"), for the bankruptcy estate of Adina Williams, (the "Debtor"), by and through the Trustee's duly retained counsel, Rabinowitz, Lubetkin & Tully, LLC, upon the filing of a Notice of Motion, Certification of Trustee, and a proposed form of Order seeking to reclassify and expunge the alleged secured proof of claim filed by Wilmington Savings Fund Society, FSB ("Wilmington"); and the Court having considered the Certification filed in support hereof; and other good and sufficient cause existing for the make and entry of the within Order.

It is on this _____ day of _____, 2019,

**ORDERED** that the alleged secured claim of Wilmington is hereby reclassified as a general unsecured claim on the basis that the liquidated proceeds of the entirety of the administered assets of the within bankruptcy estate do not constitute collateral for the obligations of the Debtor due and owing to Wilmington, such collateral being limited to the real property owned by the Debtor located at 963 Ternay Ave., Scotch Plains, New Jersey 07076 (the "Property"); and it is further

**ORDERED** that in accordance with the information set forth in the Certification filed in support hereof, the reclassified general unsecured claim of Wilmington is hereby expunged, such that Wilmington shall hold no allowed claims for the purposes of receiving a distribution from the proceeds of the within bankruptcy estate; and it is further

Page 3

| | |
|---|---|
| In re: | Adina Williams |
| Case No.: | 18-24455 (JKS) |
| Caption of Order: | Order Reclassifying and Expunging Proof of Claim of Wilmington Savings Fund Society, FSB |

**ORDERED** that nothing herein shall limit, prejudice, or impair Wilmington from pursuing full collection of its claim from the Property itself.