UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey NJ 07039
(973) 597-9100
Jay L. Lubetkin
*Counsel to Chapter 7 Trustee*

In re:

ADINA WILLIAMS,

                Debtor.

Case No. 18-24455 (JKS)

Hon. John J. Sherwood

Chapter 7

**Order Filed on November 14, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

# ORDER RECLASSIFYING AND EXPUNGING PROOF OF CLAIM OF WILMINGTON SAVINGS FUND SOCIETY, FSB

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 14, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

In re:           Adina Williams

Case No.:        18-24455 (JKS)

Caption of Order:   Order Reclassifying and Expunging Proof of Claim of Wilmington Savings Fund Society, FSB

**THIS MATTER** having been opened to the Court by Jay L. Lubetkin, Chapter 7 Trustee (the "Trustee"), for the bankruptcy estate of Adina Williams, (the "Debtor"), by and through the Trustee's duly retained counsel, Rabinowitz, Lubetkin & Tully, LLC, upon the filing of a Notice of Motion, Certification of Trustee, and a proposed form of Order seeking to reclassify and expunge the alleged secured proof of claim filed by Wilmington Savings Fund Society, FSB ("Wilmington"); and the Court having considered the Certification filed in support hereof; and other good and sufficient cause existing for the make and entry of the within Order.

It is on this _____ day of _____, 2019,

**ORDERED** that the alleged secured claim of Wilmington is hereby reclassified as a general unsecured claim on the basis that the liquidated proceeds of the entirety of the administered assets of the within bankruptcy estate do not constitute collateral for the obligations of the Debtor due and owing to Wilmington, such collateral being limited to the real property owned by the Debtor located at 963 Ternay Ave., Scotch Plains, New Jersey 07076 (the "Property"); and it is further

**ORDERED** that in accordance with the information set forth in the Certification filed in support hereof, the reclassified general unsecured claim of Wilmington is hereby expunged, such that Wilmington shall hold no allowed claims for the purposes of receiving a distribution from the proceeds of the within bankruptcy estate; and it is further

Page 3

| | |
|---|---|
| In re: | Adina Williams |
| Case No.: | 18-24455 (JKS) |
| Caption of Order: | Order Reclassifying and Expunging Proof of Claim of Wilmington Savings Fund Society, FSB |

**ORDERED** that nothing herein shall limit, prejudice, or impair Wilmington from pursuing full collection of its claim from the Property itself.

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-24455-JKS
Adina N Williams                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1           Date Rcvd: Nov 15, 2019
                          Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
db             +Adina N Williams,    863 Ternay Ave,    Scotch Plains, NJ 07076-2128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Acting Not in
               its Individual capacity but solely as trustee for SouthSide NSP Trust 2017-6
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Owner Trustee
               of the Residential Credit Opportunities Trust V-C dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
              Richard Obuch    on behalf of Debtor Adina N Williams robuchesq@msn.com,   robuch@msn.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10