UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RABINOWITZ, LUBETKIN & TULLY, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jay L. Lubetkin, Esq.
Counsel to Jay L. Lubetkin, Chapter 7 Trustee

Order Filed on November 25, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

ADINA WILLIAMS,
                  Debtor.

Case No.: 18-24455

Hearing Date: 11/21/2019 10:00 a.m.

Judge: Sherwood

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 25, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Percario Nitti & Struben<br>Special Counsel to Chapter 7 Trustee | $41,255.58 | $1233.23 |

*rev.8/1/15*