UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on January 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Adina N Williams

| | |
|---|---|
| Case No.: | 18-24455 |
| Chapter: | 7 |
| Hearing Date: | |
| Judge: | Sherwood |

CONSENT ORDER RECLASSIFYING ALLEGED SECURED CLAIM

The relief forth on the following pages, numbered two (2) through__ is ORDERED.

**DATED: January 23, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jay L. Lubetkin
*Counsel to Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>ADINA WILLIAMS,<br><br>　　　　　Debtor. | Case No. 18-24455 (JKS)<br><br>Hon. John J. Sherwood<br><br>Chapter 7 |

**CONSENT ORDER RECLASSIFYING ALLEGED SECURED CLAIM**

**THIS MATTER** having been opened to the Court upon the consent of Rabinowitz, Lubetkin & Tully, LLC, attorneys for Jay L. Lubetkin, (the "Trustee"), Chapter 7 Trustee for the bankruptcy estate of Adina Williams, (the "Debtor"), and the consent of Raul J. Sloezen, Esq,, counsel for Cash For Lawsuits, LLC upon the filing of an application and the within Consent Order, by which the Trustee seeks the reclassification and allowance as a general unsecured claim of proofs of claim filed by Cash For Lawsuits; the Court noting the filing on the Register of claims maintained by the Clerk of the Court in the Debtor's bankruptcy proceeding of proofs of claim no. 14 and 15 by Cash For Lawsuits, asserting a secured claim in the amount of $7,939.78,; and Cash For Lawsuits having acknowledged that proof of claim no. 15 is duplicative of proof of claim no. 14; and Cash For Lawsuits having further acknowledged that proof of claim no. 15 was filed untimely, beyond the bar date of June 20, 2010; and counsel for Trustee and Cash For Lawsuits having agreed that the proper classification of the asserted claim of Cash For Lawsuits as a general unsecured claim; the Court noting the parties' execution hereof; and good and sufficient cause for the making and entry of the within consent order

**IT IS** on this _____ day of _____, 2020;

**ORDERED** that Cash for Lawsuits, LLC shall hold an allowed general unsecured claim in the Debtor's bankruptcy proceeding in the amount of $7,939.78, and no further allowed claims herein.

The form and entry of the within
Consent Order is hereby consented to by:

| | |
|---|---|
| **RABINOWITZ, LUBETKIN & TULLY, LLC** | **THE LAW OFFICES OF RAUL J. SLOEZEN, ESQ.** |
| Counsel For Jay L. Lubetkin, Chapter 7 Trustee | Counsel for Cash For Lawsuits |
| By: /s/ Jay L. Lubetkin | By: /s/ Raul J. Sloezen |
| Jay L. Lubetkin | Raul J. Sloezen |
| Dated: January 16, 2020 | Dated: January 15, 2020 |

United States Bankruptcy Court
District of New Jersey

In re:  
Adina N Williams  
    Debtor

Case No. 18-24455-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 24, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2020.  
db        +Adina N Williams,    863 Ternay Ave,    Scotch Plains, NJ 07076-2128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Acting Not in its Individual capacity but solely as trustee for SouthSide NSP Trust 2017-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com  
        Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com  
        John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
        Richard Obuch    on behalf of Debtor Adina N Williams robuchesq@msn.com, robuch@msn.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                              TOTAL: 10