Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−24455−JKS
          Chapter:  7
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adina N Williams
   863 Ternay Ave
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−3059

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:    3/5/20
Time:    10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Rabinowitz, Lubetkin & Tully, LLC, Trustee's Attorney

COMMISSION OR FEES
$5,661.00

EXPENSES
$11.60

If this is a chapter 13 case, the fees and expenses awarded:

    ☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 28, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

```
United States Bankruptcy Court
     District of New Jersey

In re:                                                              Case No. 18-24455-JKS
Adina N Williams                                                    Chapter 7
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2            Date Rcvd: Jan 28, 2020
                             Form ID: 137             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
db             +Adina N Williams,    863 Ternay Ave,   Scotch Plains, NJ 07076-2128
aty            +Rabinowitz Lubetkin & Tully L.L.C.,    293 Eisenhower Parkway,   Suite 100,
                Livingston, NJ 07039-1711
sp             +Percario Nitti and Struben,    1514 St Georges Avenue,    Lindan, NJ 07036-1784
cr             +Thrift Investment Corporation,    PO Box 538,   Fords, NJ 08863-0538
517653477       Bayview Loan Svcing,    P.O. Box 650091,   Dallas, TX 75265-0091
517753640       Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
518250354      +Cash For Lawsuits, LLC,    150 Essex Street,   Suite 303,    Millburn, New Jersey 07041-1603
517653480      +Credit First,    P.O. Box 81344,   Cleveland, OH 44188-0001
517653487      +Thrift Investment,    720 King George Rd,   Fords, NJ 08863-1985
517731706      +Thrift Investment Corporation,    720 King George's Post Rd, PO Box 538,    Fords, NJ 08863-0538
517653488      +Township of Scotch Plains,    Sewer Dept.,   430 Park Ave,    Scotch Plains, NJ 07076-1716
517653489      +Toyota Motor Credit,    6565 Headquarters Dr,   Plano, TX 75024-5965
517751843       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
517653490      +UNION COUNTY SHERIFF'S OFFICE,    COUNTY ADMIN BLDG, 1ST FL,    10 ELIZABETHTOWN PLAZA,
                RE: F-024933-17,    Elizabeth, NJ 07202-3451
517653491       US Dept. of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
                Greenville, TX 75403-5609
517653492      +Walden University,    100 Washington Ave S. Ste 900,    Minneapolis, MN 55401-2511
517769108       Wilmington Savings Fund Society,    c/o FCI Lender Services, Inc.,    P.O. Box 27370,
                Anaheim, CA 92809-0112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: BNC@magtrustee.com Jan 29 2020 00:01:03      Marie-Ann Greenberg,
                Chapter 13 Standing Trustee,    30 Two Bridges Rd,   Suite 330,   Fairfield, NJ 07004-1550
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 00:00:18      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2020 00:00:15      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
intp            E-mail/Text: BNC@magtrustee.com Jan 29 2020 00:01:03      Marie-Ann Greenberg,
                30 Two Bridges Road,   Suite 330,    Fairfield, NJ  07004-1550
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2020 23:54:57
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517653479       E-mail/Text: poc@axcess-financial.com Jan 28 2020 23:57:48      Check and Go,
                100 Commercial Dr,   Fairfield, OH 45014-5556
517766721      +E-mail/Text: bnc@atlasacq.com Jan 28 2020 23:59:13      Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
517653478       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 28 2020 23:53:27      CAPITAL ONE BANK,
                P.O. BOX 85015,   Richmond, VA 23285-5015
517699327       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 28 2020 23:54:12
                Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
517653481       E-mail/PDF: creditonebknotifications@resurgent.com Jan 28 2020 23:53:33      Credit One Bank,
                P.o. Box 98873,   Las Vegas, NV 89193-8873
517779347       E-mail/Text: bnc-quantum@quantum3group.com Jan 29 2020 00:00:06
                Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA  98083-0657
517653482       E-mail/Text: cio.bncmail@irs.gov Jan 28 2020 23:59:30      Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, PA 19101-7346
517653483       E-mail/Text: bncnotices@becket-lee.com Jan 28 2020 23:59:19      KOHL'S,   P.O. BOX 3043,
                Milwaukee, WI 53201-3043
517726425      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 29 2020 00:00:15      MIDLAND FUNDING LLC,
                PO Box 2011,   Warren, MI 48090-2011
517653484       E-mail/Text: bankruptcypgl@plaingreenloans.com Jan 29 2020 00:00:50      Plain Green,
                93 Mack Rd, Ste 600,   Box Elder, MT 59521
517695530       E-mail/Text: bnc-quantum@quantum3group.com Jan 29 2020 00:00:06
                Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,   PO Box 788,
                Kirkland, WA  98083-0788
517653486       E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2020 23:53:21      Synchrony Bank,
                Attn: Bankruptcy Dept,   P.O. Box 965060,    Re: Lens Crafters,   Orlando, FL 32896-5060
517653485       E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2020 23:53:21      Synchrony Bank,
                Attn: Bankruptcy Dept,   P.O. Box 965060,    Re: PC Richards & Sons,   Orlando, FL 32896-5060
517655236      +E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2020 23:53:21      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517757357      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 29 2020 00:05:54      Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 20

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2            User: admin             Page 2 of 2             Date Rcvd: Jan 28, 2020
                                Form ID: 137            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Acting Not in
           its Individual capacity but solely as trustee for SouthSide NSP Trust 2017-6
           dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Owner Trustee
           of the Residential Credit Opportunities Trust V-C dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jay L. Lubetkin     jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin     on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
           ecfmail@mortoncraig.com,     mortoncraigecf@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          Richard  Obuch    on behalf of Debtor Adina N Williams robuchesq@msn.com,    robuch@msn.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```