Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  18−24455−JKS
          Chapter:  7
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adina N Williams
   863 Ternay Ave
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−3059

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE: May 7, 2020
TIME: 10:00 AM
LOCATION: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:           $125,000.00
TOTAL DISBURSEMENTS:      $33,675.00
BALANCE ON HAND:          $91,325.00

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Jay L. Lubetkin, Trustee

COMMISSION OR FEES
$7,816.25

EXPENSES
0.00

The trustee's application to abandon the following property will be heard and acted upon:
none

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: March 24, 2020
JAN: mff

                                              Jeanne Naughton
                                              Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 18-24455-JKS
Adina N Williams                                                Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Mar 24, 2020
                              Form ID: 192             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2020.
db            +Adina N Williams,    863 Ternay Ave,   Scotch Plains, NJ 07076-2128
aty           +Rabinowitz Lubetkin & Tully L.L.C.,    293 Eisenhower Parkway,   Suite 100,
               Livingston, NJ 07039-1711
sp            +Percario Nitti and Struben,    1514 St Georges Avenue,   Lindan, NJ 07036-1784
cr            +Thrift Investment Corporation,    PO Box 538,   Fords, NJ 08863-0538
517653477      Bayview Loan Svcing,   P.O. Box 650091,    Dallas, TX 75265-0091
517753640      Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518250354     +Cash For Lawsuits, LLC,    150 Essex Street,   Suite 303,   Millburn, New Jersey 07041-1603
517653480     +Credit First,    P.O. Box 81344,   Cleveland, OH 44188-0001
517653487     +Thrift Investment,    720 King George Rd,   Fords, NJ 08863-1985
517731706     +Thrift Investment Corporation,    720 King George's Post Rd, PO Box 538,   Fords, NJ 08863-0538
517653488     +Township of Scotch Plains,    Sewer Dept.,   430 Park Ave,   Scotch Plains, NJ 07076-1716
517653489     +Toyota Motor Credit,    6565 Headquarters Dr,   Plano, TX 75024-5965
517751843      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
517653490     +UNION COUNTY SHERIFF'S OFFICE,    COUNTY ADMIN BLDG, 1ST FL,   10 ELIZABETHTOWN PLAZA,
               RE: F-024933-17,    Elizabeth, NJ 07202-3451
517653491      US Dept. of Education,    Direct Loan Servicing Center,   P.O. Box 5609,
               Greenville, TX 75403-5609
517653492     +Walden University,    100 Washington Ave S. Ste 900,   Minneapolis, MN 55401-2511
517769108      Wilmington Savings Fund Society,    c/o FCI Lender Services, Inc.,   P.O. Box 27370,
               Anaheim, CA 92809-0112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: BNC@magtrustee.com Mar 24 2020 23:33:14    Marie-Ann Greenberg,
               Chapter 13 Standing Trustee,    30 Two Bridges Rd,   Suite 330,   Fairfield, NJ 07004-1550
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 24 2020 23:32:39    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 24 2020 23:32:37    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
intp           E-mail/Text: BNC@magtrustee.com Mar 24 2020 23:33:15    Marie-Ann Greenberg,
               30 Two Bridges Road,    Suite 330,   Fairfield, NJ  07004-1550
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2020 23:30:03
               Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517653479      E-mail/Text: poc@axcess-financial.com Mar 24 2020 23:31:36    Check and Go,
               100 Commercial Dr,    Fairfield, OH 45014-5556
517766721     +E-mail/Text: bnc@atlasacq.com Mar 24 2020 23:31:44    Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
517653478      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 24 2020 23:30:13    CAPITAL ONE BANK,
               P.O. BOX 85015,   Richmond, VA 23285-5015
517699327      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 24 2020 23:30:13
               Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
517653481      E-mail/PDF: creditonebknotifications@resurgent.com Mar 24 2020 23:29:15    Credit One Bank,
               P.o. Box 98873,    Las Vegas, NV 89193-8873
517779347      E-mail/Text: bnc-quantum@quantum3group.com Mar 24 2020 23:32:29
               Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
               Kirkland, WA  98083-0657
517653482      E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 24 2020 23:32:00    Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
517653483      E-mail/Text: bncnotices@becket-lee.com Mar 24 2020 23:31:47    KOHL'S,   P.O. BOX 3043,
               Milwaukee, WI 53201-3043
517726425     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 24 2020 23:32:36    MIDLAND FUNDING LLC,
               PO Box 2011,    Warren, MI 48090-2011
517653484      E-mail/Text: bankruptcypgl@plaingreenloans.com Mar 24 2020 23:33:03    Plain Green,
               93 Mack Rd, Ste 600,    Box Elder, MT 59521
517695530      E-mail/Text: bnc-quantum@quantum3group.com Mar 24 2020 23:32:29
               Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,   PO Box 788,
               Kirkland, WA  98083-0788
517653486      E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2020 23:30:02    Synchrony Bank,
               Attn: Bankruptcy Dept,    P.O. Box 965060,   Re: Lens Crafters,   Orlando, FL 32896-5060
517653485      E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2020 23:29:01    Synchrony Bank,
               Attn: Bankruptcy Dept,    P.O. Box 965060,   Re: PC Richards & Sons,   Orlando, FL 32896-5060
517655236     +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2020 23:29:36    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517757357     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 24 2020 23:40:55    Verizon,
               by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2          User: admin              Page 2 of 2         Date Rcvd: Mar 24, 2020
                              Form ID: 192             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Acting Not in
               its Individual capacity but solely as trustee for SouthSide NSP Trust 2017-6
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Owner Trustee
               of the Residential Credit Opportunities Trust V-C dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin     on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
              Richard  Obuch    on behalf of Debtor Adina N Williams robuchesq@msn.com,  robuch@msn.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```